CHEMICAL BANK & TRUST COMPANY et al., as Executors of EDGAR P. LAWSON, Deceased, Respondents, *v.* JEANNE LAWSON, Appellant, and LAWSON WILLIAMS et al., Respondents, Impleaded with Others.

Argued June 18, 1941; decided July 29, 1941.

*Allan S. Locke, Benjamin Wiener, Herman Goldman, John C. Spallone, William Levin* and *John Caldwell Myers* for motions.

*Martin Conboy, Ernest E. Wheeler, David Asch* and *Archibald H. Cashion* opposed.

Motions denied.